```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
                                                                       :
MASON TENDERS DISTRICT COUNCIL WELFARE                                 :
FUND, et al.,                                                          :
                                                                       :
                                Plaintiffs,                            :       22 Civ. 6312 (JPC)
                                                                       :
                -v-                                                    :            ORDER
                                                                       :
STEEL CONSTRUCTION, LLC, et al.,                                       :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Defendants were required to answer or otherwise respond to the Complaint by January 13, 2023. Dkt. 19. Defendants have not done so. Accordingly, Defendants shall file their answer to the Complaint by January 27, 2023. The parties also shall file a letter with an update as to the status of this case by the same date.

      SO ORDERED.

Dated: January 25, 2023  
       New York, New York

                                              JOHN P. CRONAN  
                                       United States District Judge